

Peter A. Romero, Esq.
David D. Barnhorn, Esq.

Matthew J. Farnworth, Esq.

May 9, 2025

**VIA ECF**
Hon. Ona T. Wang
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *Jordan Martinez v. Elegante Services Inc.*
              Docket No. 24-cv-02058 (JPO) (OTW)

Dear Judge Wang:

    This firm represents Plaintiff Jordan Martinez and opt-in Plaintiffs Joel Bautista, Craig Murrell, Rafael Ojda, and Cornelio Mayor (collectively as "Plaintiffs") in this matter against Defendant Elegante Services Inc. for violations of the Fair Labor Standards Act ("FLSA") and New York Labor Law. Plaintiffs write, with Defendant's consent, to request an extension of the parties' briefing schedule for Plaintiffs' motion for conditional certification of the putative FLSA collective action. Plaintiffs request this extension as they require additional time to speak further each of the Plaintiffs and obtain signed declarations in support of their motion for conditional certification. Plaintiffs' counsel also currently has an unusually active litigation schedule, including being engaged in several substantive motions with overlapping briefing schedules, as well as engaging in multiple mediations. Lastly, Plaintiffs' counsel's schedule has been complicated by needing to care for the undersigned's young child who was recently diagnosed with Covid-19 and must remain home from school for several days.

    Accordingly, Plaintiffs request, with Defendant's consent, that the Court grant a ten-day extension of time to submit their motion for conditional certification of the putative FLSA collective action. The current briefing schedule requires Plaintiff's motion to be served by May 12, 2025, Defendant's opposition to be served by June 2, 2025, and Plaintiffs' reply papers to be served by June 9, 2025. If granted, the amended briefing schedule would require Plaintiff's motion to be served by May 22, 2025, Defendant's opposition to be served by June 12, 2025, and Plaintiffs' reply papers to be served by June 19, 2025. This is Plaintiffs' first request for an extension of this briefing schedule.

490 Wheeler Road, Suite 277, Hauppauge, New York 11788 • (631) 257-5588 • overtimelawny.com

Plaintiffs thank the Court for its kind consideration of this request.

Respectfully submitted,

_____
DAVID D. BARNHORN, ESQ.

C:  All Counsel of Record

Application **GRANTED.**

**SO ORDERED.**

_____
**Ona T. Wang**
**U.S.M.J. 5/12/2025**