**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------x
JORDAN MARTINEZ, et al.,

       Plaintiffs,

   -against-

ELEGANTE SERVICESS INC., et al.,

       Defendants.

--------------------------------------------------------------x

24-cv-2058 (JPO) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court will hold an in person status conference in this matter on **Tuesday,**

**September 16, 2025 at 12:00 p.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007.

**SO ORDERED.**

_s/ Ona T. Wang_

Dated: September 11, 2025
   New York, New York

      **Ona T. Wang**
     United States Magistrate Judge