

Peter A. Romero, Esq.
David D. Barnhorn, Esq.

Matthew J. Farnworth, Esq.

# MEMO ENDORSED.

September 14, 2025

*Via* **ECF**
Hon. Ona T. Wang
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      RE:   *Jordan Martinez, et al. v. Elegante Services Inc., et al.,*
              Docket No.: 24-cv-2058 (JPO) (OTW)

Dear Judge Wang:

      This firm represents Plaintiff Jordan Martinez and opt-in Plaintiffs Joel Bautista, Craig Murrell, Rafael Ojeda, and Cornelio Mayor (collectively as "Plaintiffs") in this matter against Defendant Elegante Services Inc. for violations of the Fair Labor Standards Act ("FLSA") and New York Labor Law. On September 12, 2025, the Court scheduled an in-person status conference in this matter for September 16, 2025 at noon. Unfortunately, the undersigned is scheduled to participate in a mediation on September 16, 2025, and Matthew J. Farnworth, Esq. is out of the office on vacation that day. Accordingly, Plaintiffs write, with Defendants' consent, to request a brief adjournment of this status conference. This is Plaintiffs' first request for the relief sought. Having conferred, the parties are available on September 19, 23, 25 (at or after 2:00 p.m.), and 26, 2025 for this rescheduled status conference.[1]

      Plaintiffs thank the Court for its time and attention to this matter.

**The Parties' request is GRANTED.** The September 16 status conference is **ADJOURNED** to September 23, 2025 at 11:00am in Courtroom 20D, 500 Pearl Street, New York, NY 10007.

**SO ORDERED.**

_____
Ona T. Wang      September 15, 2025
U.S.M.J.

Respectfully submitted,

   /s/ *David D. Barnhorn*
DAVID D. BARNHORN, ESQ.

---

[1] Due to childcare needs and travel time to the courthouse, Plaintiffs' counsel requests that the rescheduled conference be scheduled at or after 10:30 a.m., if this timing is permitted by the Court's schedule.

490 Wheeler Road, Suite 277, Hauppauge, New York 11788 • (631) 257-5588 • overtimelawny.com