**MEMO ENDORSED.**

August 8, 2026

**<u>Via ECF</u>**
Hon. Ona T. Wang
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Jordan Martinez, et al. v. Elegante Services Inc., et al.,*
<u>Docket No.: 24-cv-2058 (JPO) (OTW)</u>

Dear Judge Wang:

This firm represents Plaintiff Jordan Martinez and opt-in Plaintiffs Joel Bautista, Craig Murrell, Rafael Ojeda, and Cornelio Mayor (collectively as "Plaintiffs") in this matter against Defendant Elegante Services Inc. for violations of the Fair Labor Standards Act ("FLSA") and New York Labor Law. This matter is scheduled for a status conference on August 11, 2026 at 11:00 a.m. Plaintiffs' counsel writes to request an adjournment of this status conference due to unforeseen circumstances. Plaintiffs' counsel is currently travelling and was expected to return on August 9, 2026. Plaintiffs' counsels' flight was cancelled due to Typhoon Dolphin and has been delayed until August 10, 2026. However, it appears there is a risk that this rescheduled flight may also be delayed further due to the typhoon and the surrounding tropical storms. Accordingly, as a precaution, Plaintiffs write to request, with Defendants' consent, that the status conference scheduled for August 11, 2026 be adjourned for approximately thirty days to a date convenient to the Court. This is Plaintiff's first request for the relief sought.

Additionally, Plaintiffs anticipate distributing the FLSA notice to the collective members in the coming weeks after receipt of the FLSA collective list and approval of the revised FLSA notice and, as a result, Plaintiffs expect to be in a better position to discuss the status of this matter and anticipated timing for the next steps in this litigation by the time of any rescheduled status conference as well.

Plaintiffs thank the Court for its time and attention to this matter.

Respectfully submitted,

___/s/ *David D. Barnhorn*_____
DAVID D. BARNHORN, ESQ.

The Status Conference is **ADJOURNED to Thursday, October 15, 2026 at 11:30 AM** in Courtroom 20D, 500 Pearl Street, New York, NY 10007.

**SO ORDERED.**

Ona T. Wang
U.S.M.J.

August 10, 2026