ROMERO
LAW GROUP PLLC
LABOR AND EMPLOYMENT LITIGATION

Peter A. Romero, Esq.
David D. Barnhorn, Esq.

Matthew J. Farnworth, Esq.

**MEMO ENDORSED**

November 18, 2026

***VIA ECF***
Hon. Ona T. Wang
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Jordan Martinez v. Elegante Services Inc.*
Docket No. 24-cv-02058 (JPO) (OTW)

Dear Judge Wang:

This firm represents the named Plaintiffs and opt-in Plaintiffs (collectively as "Plaintiffs") in this matter against Defendant Elegante Services Inc. for violations of the Fair Labor Standards Act ("FLSA") and New York Labor Law. Earlier today, Plaintiffs filed consent to join forms for opt-in Plaintiffs Lonnie Valentine and Derrick Washington under Docket Entries 82-83. These consents to join forms inadvertently contain unredacted forms that include those opt-in Plaintiffs personal contact information. That personal contact information should be redacted and not included on the public docket. Plaintiffs have refiled consent to join forms for opt-in Plaintiffs Lonnie Valentine and Derrick Washington with the redactions under Docket Entries 84-85. Accordingly, to protect the private contact information for these opt-in Plaintiffs, Plaintiffs request that the Court seal or remove the erroneously filed consents to join filed under Docket Entries 82-83.

Respectfully submitted,

DAVID D. BARNHORN, ESQ.

C: All Counsel of Record

**The Clerk of Court is respectfully directed to seal ECF Nos. 82, 83 and close ECF 87.**

**SO ORDERED.**

**Ona T. Wang**
**U.S.M.J**

**November 19, 2026**